# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

**RAYMOND ORRAND,** *et al.,*

       **Plaintiffs,**

  **vs.**                                    **Civil Action 2:06-CV-635**
                                                      **Judge Marbley**
                                                       **Magistrate Judge King**

**CBN STEEL CONSTRUCTION, INC.,**

       **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the July 8, 2008 Order, the Motion for Summary Judgment is GRANTED. Plaintiffs are GRANTED injunctive relief.

Date: **July 8, 2008**                              **James Bonini, Clerk**

                                                     s/Betty L. Clark
                                                         Betty L. Clark/Deputy Clerk